**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Nevada
                                    (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   Flirtey Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   SkyDrop

3. **Debtor's federal Employer Identification Number (EIN)**

   4 7 – 2 0 7 3 5 4 3

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 4920  Brookside Court | |
   | Number  Street | Number  Street |
   | | P.O. Box 300 |
   | | P.O. Box |
   | Reno  NV  89502 | Blountville  TN  37617 |
   | City  State  ZIP Code | City  State  ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Washoe | |
   | County | Number  Street |
   | | |
   | | City  State  ZIP Code |

5. **Debtor's website (URL)**

Debtor    Flirtey Inc.
Name                                                                          Case number *(if known)*_____

---

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    <u>4    8    1    2</u>

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    Flirtey Inc.
_____    Case number (if known) _____
Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No

☐ Yes.    District _____    When _____    Case number _____
                                                          MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
                                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.    Debtor    Flirtey Holdings, Inc. _____    Relationship    Parent _____

List all cases. If more than 1, attach a separate list.

District    Nevada _____    When _____
                                                                          MM / DD / YYYY

Case number, if known    _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other    The landlord has provided a notice of intent to dispose of abandoned property, and the company has requested landlord preserve the property for the benefit of secured parties and/or the trustee

**Where is the property?**    4920 & 4940 Brookside Court
_____
Number        Street

Reno _____    NV    89502 _____
City                                                          State ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency    _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

---

| Debtor | Flirtey Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/23/2024
           MM / DD / YYYY

✗ _____

Signature of authorized representative of debtor

Matthew Sweeny
Printed name

Title  Director

Debtor    Flirtey Inc.
_____
Name

Case number (if known)_____

**18. Signature of attorney**

✗ /s/ Thomas H. Fell
_____
Signature of attorney for debtor

Date    02/23/2024
_____
MM  / DD / YYYY

Thomas H. Fell, Esq.
_____
Printed name

Fennemore Craig, P.C.
_____
Firm name

9275 W. Russell Road, Suite 240
_____
Number        Street

Las Vegas _____    NV _____    89148 _____
City                                                    State              ZIP Code

702-692-8000 _____    TFell@FennemoreLaw.com _____
Contact phone                                        Email address

3717 _____    Nevada _____
Bar number                        State

**FLIRTEY INC.**
**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**

Effective Date: February 5, 2024

The undersigned, being all of the Directors (the "Board") of Flirtey Inc., a Delaware Corporation (the "Company"), hereby approves and adopts the following resolutions by unanimous written consent (this "Consent"), as authorized by the Bylaws of the Company and the Delaware General Corporation Law:

RESOLVED that in the judgment of the directors of the Company, and upon the advice of counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that Matthew Sweeny (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the law firm of Fennemore Craig (or any other law firm selected by the Authorized Person in the name and on behalf of the Company) is engaged and shall continue its engagement as attorneys for the Company in the chapter 7 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 7 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 7 case be, and the same hereby are, ratified, confirmed, and approved.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned, hereby approves this Written Consent as of the date first above written.

This Consent shall be filed with the minutes of the proceedings of the Board and shall have the same force as a unanimous vote of the directors.  This Consent may be executed in multiple counterparts, each of which shall be an original and all of which taken together shall form a single instrument effective as of the day set forth above when executed by all of the members of the Board in the places indicated for their signature.  Upon execution of this Consent, the undersigned hereby direct that this Consent be filed in the Company's minute book.

*Matthew Sweeny*

**MATTHEW SWEENY, DIRECTOR**

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case and this filing:</td></tr>
<tr><td>Debtor Name</td><td>Flirtey Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Nevada<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/23/2024        ✗ _____
　　　　　　　MM / DD / YYYY            Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　Matthew Sweeny
　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　Director
　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form 202　　　　Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name ___Flirtey Inc.___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

United States Bankruptcy Court for the: _____ District of ___Nevada___
                                                                              (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................    $ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*....................................................    $ 138,652.26

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.....................................................    $ 138,652.26

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................    $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................    **+** $ 1,662,462.66

4. **Total liabilities**............................................................................................    $ 1,662,462.66
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ____Flirtey Inc._____

United States Bankruptcy Court for the: _____ District of __Nevada__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Silicon Valley Bank | Checking | 9 4 7 3 | $7,502.26 |
| 3.2. | | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____ $_____
4.2. _____ $_____

5. **Total of Part 1** — $7,502.26

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____ $_____
7.2. _____ $_____

Debtor    Flirtey Inc.
_____
          Name                                                    Case number (if known)_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    | $ 0.00 _____ |

---

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➤    $_____
                                    face amount              doubtful or uncollectible accounts

11b. Over 90 days old:        _____ – _____ = ........➤    $_____
                                    face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 0.00 _____ |

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    | $ 0.00 _____ |

---

Debtor     Flirtey Inc.
_____     Case number (if known)_____
           Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** located at 4920 & 4940 Brookside Ct, Reno NV 89502 | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $ 0.00 |
| 20. **Work in progress** located at 4920 & 4940 Brookside Ct, Reno NV 89502 | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $ 0.00 |
| 21. **Finished goods, including goods held for resale** Drones & drone related property | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $ 0.00 |
| 22. **Other inventory or supplies** _____ | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    Flirtey Inc.
          _____    Case number *(if known)*_____
          Name

33. **Total of Part 6.**

$ 0.00

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Miscellaneous located at 4920 & 4940 Brookside Ct., Reno, NV 89502 | $_____ | _____ | $ 500.00 |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous computer equipment and software located at 4920 & 4940 Brookside Ct., Reno NV 89502 | $_____ | _____ | $ 500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

$ 1,000.00

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Flirtey Inc.
_____
Name

Case number (if known)_____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Drone trailer located at 4920 & 4940 Brookside Ct., Reno, NV 89502 | $_____ | _____ | $50.00 |
| 47.2 Drone trailer located at Airport Hangar/SAMSARG Field, Fernley, NV 89408 | $_____ | _____ | $50.00 |
| 47.3 Drone trailer located at 195 Otokia-Kuri Bush Rd, New Zealand | $_____ | _____ | $50.00 |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| CNC Machines located at 4920 & 4940 Brookside Ct., Reno, NV 89502; See List of CNC Machines attached as Exhibit A/B-50 | $130,000.00 | | $130,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$130,150.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Flirtey Inc.
_____    Case number (if known)_____
          Name

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor   Flirtey Inc.
         _____
         Name

Case number (if known)_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜   $_____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Federal NOLs

Tax year _____   $ Unknown

Tax year _____   $_____

Tax year _____   $_____

73. **Interests in insurance policies or annuities**

D&O Insurance

$ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

$_____

Nature of claim        _____

Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

$_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____

$_____

_____

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Flirtey Inc.
_____          Case number (if known)_____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 7,502.26 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 130,150.00 | |
| 88. **Real property.** Copy line 56, Part 9. ...............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 138,652.26 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... $ 138,652.26

# EXHIBIT A/B-50
## Other Machinery

# EXHIBIT A/B-50

**CNC Associates, Inc. Machines**

| DESCRIPTION | MODEL | SERIAL NO. |
|---|---|---|
| Haas Vertical Machining Center | VF-6/40 | 1158942 |
| Haas CNC Lathe | ST-15Y | 3113806 |
| Haas Bar Feeder | HAAS BAR FEEDER | 96317 |
| Haas Vertical Machining Center | VF-2 | 1159435 |
|  |  |  |

**Fill in this information to identify the case:**

Debtor name   Flirtey Inc.

United States Bankruptcy Court for the: _____ District of Nevada

Case number (If known): _____

(State)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1**  Creditor's name

Describe debtor's property that is subject to a lien
_____    $_____    $_____

Creditor's mailing address
_____
_____

_____

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account
number  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**  Creditor's name

Describe debtor's property that is subject to a lien
_____    $_____    $_____

Creditor's mailing address
_____
_____

_____

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account
number  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $_____

Debtor    Flirtey Inc.
      Name

Case number (if known)_____

| **Part 1:** | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____   $_____   $_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☐ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.__**  Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____   $_____   $_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☐ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Flirtey Inc.
_____    Case number (if known)_____
          Name

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    Flirtey Inc.

United States Bankruptcy Court for the: _____ District of _____
                                                                  (State)

Case number
(If known)    _____

☐ Check if this is an
    amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☑ Disputed | $ _____ | $ _____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.2** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ _____ | $ _____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ _____ | $ _____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

Debtor    Flirtey Inc.
          Name

Case number *(if known)* _____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Altus Receivables Management

2121 Airline Drive, Suite 520
Metairie, LA 70002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid service fees

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,997.52

**3.2** Nonpriority creditor's name and mailing address
Cision US Inc.

12051 Indian Creek Court
Beltsville, MD 20705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid service fees

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 32,858.40

**3.3** Nonpriority creditor's name and mailing address
FAENZA, LLC

301 West Washington Street
Carson City, NV 89703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid rent

Date or dates debt was incurred    2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 75,000.00

**3.4** Nonpriority creditor's name and mailing address
IQ Technology Solutions dba Logically

5747 Perimeter Dr., Suite 110
Dublin, OH 43017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid service fees

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 11,817.71

**3.5** Nonpriority creditor's name and mailing address
Kongsberg Geospatial Ltd.

411 Legget Drive, Suite 400
Ottawa, Ontario, Canada K2K 3C9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debts

Date or dates debt was incurred    2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,375,164.00

**3.6** Nonpriority creditor's name and mailing address
LinkedIn Corporation

62228 Collections Center Drive
Chicago, IL 60693-0622

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid service fees

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,524.97

Debtor   Flirtey Inc.
         _____
         Name                                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Farshad Meshkati

2440 Bentley Drive
Reno, NV 89523

Date or dates debt was incurred    2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Unpaid salary

Is the claim subject to offset?
☐ No
☐ Yes

$ 16,156.00

---

**3.8** Nonpriority creditor's name and mailing address

Thomas Meyer

200 Biscayne Boulevard Way
3104 Epic Residences
Miami, FL 33131

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Unpaid salary

Is the claim subject to offset?
☐ No
☐ Yes

$ 16,156.00

---

**3.9** Nonpriority creditor's name and mailing address

National Service Bureau

18912 North Creek Parkway, Suite 205
Bothell, WA 98011

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid service fees

Is the claim subject to offset?
☐ No
☐ Yes

$ 24,761.16

---

**3.10** Nonpriority creditor's name and mailing address

SAMSARG, INC.

204 West Spear Street, #3860
Carson City, NV 89703

Date or dates debt was incurred    2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid rent

Is the claim subject to offset?
☐ No
☐ Yes

$ 25,725.92

---

**3.11** Nonpriority creditor's name and mailing address

Matthew Sweeny

P.O. Box 300
Blountville, TN 37617

Date or dates debt was incurred    2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Unpaid salary

Is the claim subject to offset?
☐ No
☐ Yes

$ 40,058.53

---

Debtor   Flirtey Inc.
        Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12** Nonpriority creditor's name and mailing address

Nishu Varma

3625 Aspen Hollow
Reno, NV 89511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Unpaid salary

Date or dates debt was incurred    2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 27,242.45

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor _____
     Flirtey Inc.

Name

Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  Flirtey Inc.
        Name                                                      Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,662,462.66 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,662,462.66 |

**Fill in this information to identify the case:**

Debtor name ____Flirtey Inc.____

United States Bankruptcy Court for the:_____ District of ___Nevada___
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Development and License Agreement | Kongsberg Geospatial Ltd. 411 Legget Drive, Suite 400 Ottawa, Ontario, Canada K2K 3C9 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Flirtey Inc.

United States Bankruptcy Court for the:_____ District of Nevada
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _Flirtey Inc._____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |
| **For prior year:** | From _____ to _____ MM / DD / YYYY MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |
| **For the year before that:** | From _____ to _____ MM / DD / YYYY MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____ MM / DD / YYYY MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____ MM / DD / YYYY MM / DD / YYYY | _____ | $_____ |

Debtor    Flirtey Inc.
          _____        Case number (if known) _____
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | Fennemore Craig, P.C. | 2/5/2024 | $ 5,934.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 7800 Rancharrah Pkwy. | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | Reno          NV     89511 | | | ☑ Other  Legal fees related to |
| | City          State   ZIP Code | | | bankruptcy filings, etc. |
| 3.2. | | | $ _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State   ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ _____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $ _____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor    Flirtey Inc.
_____ _____    Case number (if known)_____
         Name

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name _____ Street _____ City          State     ZIP Code | _____ _____ _____ | _____ | $_____ |
| 5.2. | _____ Creditor's name _____ Street _____ City          State     ZIP Code | _____ _____ _____ | | $_____ |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Douglas Harrison Creditor's name 4151 W. Hidden Valley Drive Street Reno          NV     89502 City          State     ZIP Code | Douglas Harrison, former VP Finance, wrote himself checks for $18,461.05 without authorization Last 4 digits of account number: XXXX– 9473 | 1/3/2024 | $ 18,461.05 |

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | _____ Case number _____ | _____ | _____ Name _____ Street _____ City          State     ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | _____ Case number _____ | _____ | _____ Name _____ Street _____ City          State     ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

Debtor    Flirtey Inc.
_____    Case number (if known)_____
          Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| _____ | **Case number** | Street |
| City            State      ZIP Code | _____ | City          State        ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State       ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____<br>Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State       ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

Debtor     Flirtey Inc.
_____
Name                         Case number *(if known)*_____

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fennemore Craig, P.C. | | 5/19/2023 6/27/2023 7/25/2023 10/6/2023 2/5/2024 | $ 17,332.00 |
| | **Address** | | | |
| | 7800 Rancharrah Pkwy. | | | |
| | Street | | | |
| | Reno      NV    89511 | | | |
| | City      State     ZIP Code | | | |
| | **Email or website address** | | | |
| | www.fennemorelaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City      State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Debtor    Flirtey Inc.
_____    Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | | $_____ |
| | _____ | _____ | _____ | |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State      ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State      ZIP Code | |

Debtor    Flirtey Inc.
_____     Case number (if known)_____
            Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | | | |
| | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | Check all that apply: |
| | City            State            ZIP Code | | ☐ Electronically |
| | | | ☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | | | |
| | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | Check all that apply: |
| | City            State            ZIP Code | | ☐ Electronically |
| | | | ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Flirtey Inc.
_____    Case number (if known)_____
          Name

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | CNB of Texas <br> _Name_ <br> _Street_ <br> _City_  _State_  _ZIP Code_ | XXXX–___ ___ ___ ___ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 2021 | $ 0.00 |
| 18.2. | Wells Fargo of Reno <br> _Name_ <br> _Street_ <br> _City_  _State_  _ZIP Code_ | XXXX–___ ___ ___ ___ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 2023 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _Name_ <br> _Street_ <br> _City_  _State_  _ZIP Code_ | | | ☐ No <br> ☐ Yes |
| | Address | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _Name_ <br> _Street_ <br> _City_  _State_  _ZIP Code_ | | | ☐ No <br> ☐ Yes |
| | Address | | |

---

Debtor    Flirtey Inc.
_____    Case number (if known)_____
        Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Flirtey Inc.
_____    Case number (if known)_____
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| | | _____ | |
| City          State       ZIP Code | City          State       ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State       ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State       ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State       ZIP Code | | |

---

Debtor ____Flirtey Inc._____    Case number (if known)_____
                Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Douglas Harrison** <br> Name <br> **4151 W. Hidden Valley Drive** <br> Street <br><br> **Reno**   **NV**   **89502** <br> City   State   ZIP Code | From __2017__   To __2023__ |
| Name and address | Dates of service |
| 26a.2. **Michael D. Bosma** <br> Name <br> **401 Ryland Street, Suite 300** <br> Street <br><br> **Reno**   **NV**   **89502** <br> City   State   ZIP Code | From __2017__   To __2023__ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br> Street <br><br> City   State   ZIP Code | From _____   To _____ |
| Name and address | Dates of service |
| 26b.2. <br> Name <br> Street <br><br> City   State   ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Flirtey Inc.** <br> Name <br> **4920 Brookside Court** <br> Street <br><br> **Reno**   **NV**   **89502** <br> City   State   ZIP Code | _____ <br> _____ <br> _____ |

Debtor    Flirtey Inc.
_____    Case number (if known) _____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Michael D. Bosma, CPA | _____ |
| Name | |
| 401 Ryland Street, Suite 300 | _____ |
| Street | |
| | _____ |
| Reno                     NV          89502 | |
| City                     State       ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Unknown.  VP Finance left the company |
| Name |
| _____ |
| Street |
| _____ |
| City                     State       ZIP Code |

| Name and address |
|---|
| 26d.2. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                     State       ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                     State       ZIP Code |

Debtor    Flirtey Inc. Headquarters
_____
Name

Case number (*if known*)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                              State          ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Flirtey Holdings, Inc. | 4920 Brookside Court, Reno NV 89502 | _____ | 100 |
| Matthew Sweeny | P.O. Box 300, Blountville, TN 37617 | President | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Douglas Harrison | 4151 W. Hidden Valley Drive, Reno, NV 89502 | Vice President, Finance | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Douglas Harrison | $18,461.05 | 1/3/2024 | Salary |
| Name | | | |
| 4151 W. Hidden Valley Drive | | | |
| Street | | _____ | |
| Reno              NV      89502 | | _____ | |
| City             State   ZIP Code | | | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor **Flirtey Inc.**
Name

Case number (if known)_____

| | | | |
|---|---|---|---|
| Name and address of recipient | $36,390.76 | 2023 | Salary |

**30.2** **Nicolas R. Borden**
Name

Street
**7410 Hinton Drive**

| | | |
|---|---|---|
| **Reno** | **NV** | **89502** |
| City | State | ZIP Code |

Relationship to debtor

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Flritey Holdings, Inc.** | EIN: **4 7** – **4   7 7 7 1 6 4** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02 / 23 / 2024**
MM / DD / YYYY

✗ _____

Signature of individual signing on behalf of the debtor

Printed name **Matthew Sweeny**

Position or relationship to debtor **Director**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Debtor: Flirtey Inc.
Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)

**Part 13: Additional Page - Details About the Debtor's Business or Connections to Any Business**

**26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

26c.3  Matthew Sweeny
P.O. Box 300
Blountville, TN 37617

**30.     Payments, distributions, or withdrawals credited or given to insiders**

|  | Name and Address | Amount of Money | Dates | Reason for providing value |
|---|---|---|---|---|
| 30.3 | Gary D. Crocker<br>1109 E. Telegraph Street<br>Carson City, NV 89701 | $35,655.84 | 2023 | Salary |
| 30.4 | Christopher C. Ellis<br>3780 Saint Andrews Drive<br>Reno, NV 89502 | $43,383.12 | 2023 | Salary |
| 30.5 | Jeremy I. Fries<br>5470 Moon Shadow Court<br>Reno, NV 89523 | $75,123.06 | 2023 | Salary |
| 30.6 | Douglas F. Harrison<br>4151 W. Hidden Valley Drive<br>Reno, NV 89502 | $56,851.91 | 2023 | Salary |
| 30.7 | Jess I. Hayden<br>1098 Embassy Way<br>Reno, NV 89523 | $75,634.87 | 2023 | Salary |
| 30.8 | Andrew Jorgensen<br>765 Walker Avenue<br>Reno, NV 89509 | $45,606.87 | 2023 | Salary |
| 30.9 | Skyler A. Kachurak<br>440 Brittany Avenue<br>Reno, NV 89509 | $50,019.04 | 2023 | Salary |

| | Name and Address | Amount of Money | Dates | Reason for providing value |
|---|---|---|---|---|
| 30.10 | Joel Leslie<br>3980 South McCarran Boulevard #676<br>Reno, NV 89502 | $35,837.40 | 2023 | Salary |
| 30.11 | Daniel J. Mendez<br>6037 Breithorn Circle<br>Reno, NV 89511 | $419.12 | 2023 | Salary |
| 30.12 | Farshad Meshkati<br>2440 Bentley Drive<br>Reno, NV 89523 | $74,542.30 | 2023 | Salary |
| 30.13 | Thomas R. Meyer<br>200 Biscayne Boulevard Way<br>3104 Epic Residences<br>Miami, FL 33131 | $78,465.59 | 2023 | Salary |
| 30.14 | Brendan R. Ortiz<br>2315 Manzanita Lane<br>Reno, NV 89509 | $37,511.04 | 2023 | Salary |
| 30.15 | Jason Schmitt<br>3917 Clear Acre Lane Apt 156<br>Reno, NV 89512 | $41,834.58 | 2023 | Salary |
| 30.16 | Brandon W. Smith<br>3975 Wixom Court Unit C<br>Reno, NV 89503 | $50,202.91 | 2023 | Salary |
| 30.17 | Luke P. Spencer<br>3510 Cheechako Circle<br>Reno, NV 89519 | $27,836.23 | 2023 | Salary |
| 30.18 | Andrianah J. Sweeny | $20,699.25 | 2023 | Salary |
| 30.19 | Matthew Sweeny<br>P.O. Box 300<br>Blountville, TN 37617 | $113,066.43 | 2023 | Salary |
| 30.20 | Robin VanDorst<br>P.O. Box 1503<br>Fallon, NV 89407 | $37,493.01 | 2023 | Salary |
| 30.21 | Nishu R. Varma<br>3625 Aspen Hollow<br>Reno, NV 89511 | $66,756.19 | 2023 | Salary |

|        | Name and Address                                          | Amount of Money | Dates | Reason for providing value |
|--------|-----------------------------------------------------------|-----------------|-------|----------------------------|
| 30.22  | Rhonda L. Williams<br>5252 Clearwater Road<br>Wise, VA 24293 | $19,770.75      | 2023  | Salary                     |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of _Nevada_____

**In re**

Flirtey Inc.

Case No. _____

**Debtor**

Chapter _7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,500.00_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 17,332.00_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>2/23/2024<br>Date</td><td>/s/ Thomas H. Fell<br>Signature of Attorney<br><br>Fennemore Craig, P.C.<br>Name of law firm</td></tr>
</table>

**United States Bankruptcy Court**
**District of Nevada**

In re ___FLIRTEY INC._____

Debtor(s)

Case No. _____

Chapter _____7_____

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

___02/23/2024___
Date

_____
Matthew Sweeny/Director
Signer/Title

ALTUS RECEIVABLES
MANAGEMENT
2121 AIRLINE DRIVE SUITE
520
METAIRIE, LA 70002

CISION US INC.
12051 INDIAN CREEK COURT
BELTSVILLE, MD 20705

FAENZA, LLC
301 WEST WASHINGTON
STREET
CARSON CITY, NV 89703

IQ TECHNOLOGY SOLUTIONS
DBA LOGICALLY
5747 PERIMETER DRIVE
SUITE
110 DUBLIN, OH 43017

KONGSBERG GEOSPATIAL LTD.
411 LEGGET DRIVE SUITE 400
OTTAWA, ONTARIO, CANADA K2K
3C9

LINKEDIN CORPORATION
62228 COLLECTIONS CENTER
DRIVE
CHICAGO, IL 60693-0622

FARSHAD MESHKATI
2440 BENTLEY DRIVE
RENO, NV 89523

THOMAS MEYER
200 BISCAYNE BOULEVARD WAY
3104 EPIC RESIDENCES
MIAMI, FL 33131

NATIONAL SERVICE BUREAU
18912 NORTH CREEK PKWY,
SUITE 205
BOTHELL, WA 98011

SAMSARG, INC.
204 WEST SPEAR STREET
3860
CARSON CITY, NV 89703

MATTHEW SWEENY
P.O. BOX 300
BLOUNTVILLE, TN 37617

NISHU VARMA
3625 ASPEN HOLLOW
RENO, NV 89511

FLIRTEY INC.
P.O. BOX 300
BLOUNTVILLE, TN 37617

FLIRTEY INC.
4920 BROOKSIDE COURT
RENO, NV 89502

UNITED STATES TRUSTEE
300 BOOTH STREET #3009
RENO, NV 89509

DEPT OF EMPLOYMENT,
TRAINING & REHAB
EMPLOYMENT SECURITY
DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF
TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVE.,
SUITE 1300
LAS VEGAS, NV 89101

U.S. SMALL BUSINESS
ADMINISTRATION
OFFICE OF GENERAL COUNSEL
312 N. SPRING ST., 5TH
FLOOR
LOS ANGELES, CA 90012

**United States Bankruptcy Court**
**District of Nevada**

In re __FLIRTEY INC._____     Case No. _____
                                    Debtor(s)            Chapter _____7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __FLIRTEY INC.__ in the above caption action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FLIRTEY HOLDINGS, INC.**
**P.O. Box 300**
**Blountville, TN 37617**

☐ None [*Check if applicable*]


___2/23/2024_____        */s/ Thomas H. Fell*_____
Date                                   Thomas H. Fell, #3717
                                       Signature of Attorney or Litigant
                                       Counsel for FLIRTEY INC.
                                       Fennemore Craig, P.C.
                                       9275 W. Russell Road, Suite 240
                                       Las Vegas, NV 89148
                                       (702) 692-8000 Fax: (702) 692-8099
                                       TFell@fennemorelaw.com